| | | |
|---|---|---|
| **Harold Cost,** | **:** | **United States District Court** |
| **PLAINTIFF,** | **:** | **Eastern District of Pennsylvania** |
| **v.** | **:** | |
| **Kevin Bradley,** | **:** | **Civil Division** |
| **DEFENDANT.** | **:** | **22-cv-289** |

## JOINT STIPULATION TO DISMISS CASE WITH PREJUDICE VIA TO RULE 41

D. Wesley Cornish, Esquire, counsel for Plaintiff, and Danielle Rosenthal, Esquire, Counsel for the Defense jointly stipulate the above-captioned matter has been settled and an accepted notarized settlement release letter has been exchanged between the parties. Pursuant to Federal Rule of Civil Procedure 41(b), the parties ask this Court to dismiss with prejudice all claims brought by the Plaintiff against all Defendants. It is also jointly agreed this stipulation will terminate this matter, and the Plaintiff will not again raise it in any subsequent future civil rights or similar proceeding seeking economic relief.

**APPROVED BY THE COURT**:

_____

**U.S. District Court Judge**